05,1045-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK

COURT OF CRIMINAL APPEALS

201 W. 14th ST. RM 106

78701 P.O. BOX 12308

AUSTIN, TEXAS 78711-2308

DATE: MAY 11, 2015        RE: WRIT NO. W05-72651-Y(A)


DEAR CLERK,

I WRITING THIS LETTER TO YOUR OFFICE SEEKING
INFORMATION CONCERNING MY APPEAL.

MY APPEAL WAS RECEIVED BY YOUR OFFICE ON
March 7, 2012. SINCE THEN, I'VE HEARD NOTING CONCERNING
THE STATUS, DISPOSITION, OR ANY RULING.

COULD YOU PLEASE CHECK YOUR FILES AND LET ME
KNOW IF ANY RULING BEEN MADE BY THE COURT.


YOUR ASSISTANCE IN THIS MATTER WOULD BE GREATLY
APPRECIATED.


SINCERELY,

Ronald Gilbert

RONALD GILBERT

#1270857 TDCJ ID

PLOUNSKY UNIT

3872 FM 350 SOUTH

LIVINGSTON, TEXAS 77351